**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3061

WRITER'S DIRECT FACSIMILE
(212) 492-0061

WRITER'S DIRECT E-MAIL ADDRESS
cboehning@paulweiss.com

MEMO ENDORSED

July 21, 2020

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court for the
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Gammon and Associates, Inc. v. National Fire Insurance Company of Hartford*,
No. 7:20-cv-03882 (S.D.N.Y.)

Dear Judge Karas:

       This firm represents defendant National Fire Insurance Company of Hartford ("National Fire") in the above-referenced action. We write, with the consent of Plaintiff, in response to the Court's Calendar Notice of July 17, 2020 (ECF No. 19), to request an adjournment of the telephonic status conference scheduled for Thursday, July 30, 2020 at 12:00 p.m.

       On June 30, 2020, the Court granted National Fire's request to extend the time to answer, move, or otherwise respond to the Complaint to 30 days after the ruling on a consolidation petition that is pending before the Judicial Panel on Multidistrict Litigation ("JPML") (ECF No. 18). The JPML hearing is currently scheduled for July 30, 2020. *See In re: COVID-19 Business Interruption Protection Insurance Litigation*, MDL No. 2942 (J.P.M.L.). With the decision of the JPML anticipated to occur promptly following the Panel's July 30 hearing, the parties submit that awaiting the decision of the JPML is the most efficient means of proceeding.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Kenneth M. Karas                                                                              2

        We will promptly notify the Court when the JPML's decision is issued. In the event this matter is not transferred, in compliance with the Court's Individual Rules of Practice, we will confer with Plaintiff and file at the appropriate time a pre-motion letter explaining why Defendant contends the Complaint fails as a matter of law. This is the first request for an adjournment in this action.

        Respectfully submitted,

        /H. Christopher Boehning

        H. Christopher Boehning

cc:   Counsel of Record (by ECF)

        Granted.

        The Parties are to provide a written update by 8/6/20.

        So Ordered.

        7/21/20