# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GAMMON AND ASSOCIATES INC.,

                Plaintiff,                20 **CIVIL** 3882 (GBD)

       -against-                    **JUDGMENT**

NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 31, 2021, Defendants' motion to dismiss, (ECF No. 18), is granted

**Dated:** New York, New York
       August 31, 2021

                                                                **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                       **BY:**

                                                                    **Deputy Clerk**